IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.S., MOTHER OF N.B., A CHILD,

      Appellant,

v.

Case No. 5D22-2106
LT Case No. 2020-DP-000126

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.
_____/

Decision filed January 3, 2023

Appeal from the Circuit Court for
Hernando County,
Stephen E. Toner, Jr., Judge.

Ana Gomez-Mallada, Ft. Lauderdale, for
Appellant.

Meredith K. Hall, of Children's Legal Services,
Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director, and
Amanda Victoria Glass, Senior Attorney, of
Statewide Guardian ad Litem Office, Tallahassee,
and Kristen Bond Dobson, of Parker Hudson
Rainer & Dobbs, LLP, Tallahassee, for Guardian
Ad Litem Program.

PER CURIAM.

     AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.